FILED: May 4, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1482

(1:12-cv-00031-WO-LPA)

_____

GERARD OUSLEY

        Plaintiff - Appellant

v.

ROBERT A. MCDONALD, Secretary of the Department of Veterans Affairs

        Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:12-cv-00031-WO-LPA |
| Date notice of appeal filed in originating court: | 04/30/2015 |
| Appellant (s) | GERARD OUSLEY |
| Appellate Case Number | 15-1482 |
| Case Manager | Richard H. Sewell<br>804-916-2702 |