FILED: December 29, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1482
(1:12-cv-00031-WO-LPA)

_____

GERARD OUSLEY

    Plaintiff - Appellant

v.

ROBERT A. MCDONALD, Secretary of the Department of Veterans Affairs

    Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the response brief absent a showing of extraordinary circumstances.

Response brief due: 01/19/2016

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk